M.D. Appeal Dkt.
4 MAP 2020

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| WALLACE MCKELVEY AND PENNLIVE AND THE PATRIOT-NEWS | : No. 394 MAL 2019 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Commonwealth Court |
| | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF HEALTH, AND MISSION PENNSYLVANIA, LLC, KW VENTURES HOLDING, LLC, CRESCO YELTRAH, LLC, SMPD MANUFACTURING, LLC/SMPB RETAIL, LLC AND TERRAPIN INVESTMENT FUND, 1, LLC (Direct Interest Participants) | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: SMPD MANUFACTURING, LLC AND SMPB RETAIL, LLC | : |
| | : |
| | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 28th day of January, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

    Should this Court grant allocatur in this case of first impression concerning a matter of substantial public importance because the opinion below treated similarly situated applicants on the same record with varying degrees of success and, alternatively, did not exercise its discretion to remand for further fact finding?